**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,

               Respondent

               v.

ERIK BARRETT,

               Petitioner

      : No. 613 EAL 2019
      :
      :
      : Petition for Allowance of Appeal
      : from the Order of the Superior Court
      :

## ORDER

**PER CURIAM**

     **AND NOW**, this 1st day of June, 2020, the Petition for Allowance of Appeal is **DENIED**.